NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RECKITT BENCKISER INC.,**
*Plaintiff-Appellant,*

v.

**WATSON LABORATORIES, INC. - FLORIDA,**
*Defendant-Appellee.*

---

2011-1231

---

Appeal from the United States District Court for the Southern District of Florida in case no. 09-CV-60609, Judge William P. Dimitrouleas.

---

ON MOTION

---

Before BRYSON, *Circuit Judge.*

## ORDER

Reckitt Benckiser Inc. moves to expedite "all aspects of this appeal, including the briefing schedule and oral argument."

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted in part. Reckitt's opening brief is due by March 17, 2011. Watson Laboratories, Inc. - Florida's brief is due no later than April 18, 2011. Reckitt's reply brief and the joint appendix are due no later than April 29, 2011. Briefs should be served by an expedited method. The case will be scheduled for the June 2011 oral argument calendar.

FOR THE COURT

MAR 0 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Dominick A. Conde, Esq.
B. Jefferson Boggs, Jr., Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 8 2011

JAN HORBALY
CLERK